# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William D Lowden, et al., | No. CV-24-08139-PCT-ESW |
| Plaintiffs, | **AMENDED REPORT AND RECOMMENDATION** |
| v. | |
| Bank of America NA, et al., | |
| Defendants. | |

**TO THE HONORABLE STEPHEN M. MCNAMEE, SENIOR UNITED STATES DISTRICT JUDGE:**

On October 29, 2024, the Magistrate Judge recommended the District Judge dismiss the case as to Defendant Bank of America NA with prejudice in accordance with the Notice of Settlement (Doc. 18) and Order (Doc. 19). (Doc. 20). The Magistrate Judge further ordered Plaintiffs to show cause why the case should not be dismissed as to Defendant The Bank of New York Mellon for failure to timely serve and prosecute. (Id.). The parties have now filed a Stipulation to Dismiss the Case with Prejudice (Doc. 21) which the Magistrate Judge will recommend the District Judge accept.

IT IS ORDERED discharging the Order to show cause (Doc. 20).

IT IS RECOMMENDED that the District Judge accept the Stipulation to Dismiss Case with Prejudice and dismiss the case with prejudice, all parties to bear their own attorney fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

IT IS FURTHER RECOMMENDED that the District Judge instruct the Clerk of Court to terminate the case.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment. The parties shall have fourteen days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure to file timely objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the District Court without further review. Failure to file timely objections to any factual determinations of the Magistrate Judge may be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007).

Dated this 14th day of November, 2024.

Honorable Eileen S. Willett
United States Magistrate Judge